23. Plaintiffs would state the following Causes of Action:

A. False arrest (Rondez Harris only);

B. False Imprisonment (Rondez Harris only);

C. Malicious Prosecution (Rondez Harris only); and

D. Unreasonable search and seizure; and

E. Such other causes of action

as the Court may deem appropriate.

24. The conduct of the Defendants toward the Plaintiffs were done intentionally, maliciously, or with deliberate indifference or reckless disregard for the civil rights, health and welfare of the Plaintiffs.

## DEMAND FOR RELIEF

25. As a proximate cause of Defendants' conduct, Plaintiffs deserve compensatory damages in the amount of $3,000,000.00. Because Defendants' actions were done in such an outrageous manner, Plaintiffs demand punitive damages in the amount of $2,000,000.00.

26. Plaintiffs further demand the return of all seized property or the value thereof if said property can not be returned in the condition seized or if the property has been destroyed.

27.    Plaintiffs finally demand trial by jury.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs pray that the Court will set this matter down for hearing after process has been issued and served upon the Defendants and award compensatory and punitive damages, to the Plaintiffs with all costs to be taxed to the Defendants.

RESPECTFULLY SUBMITTED, this the _____ 30th ____ October, 2003.

RONDEZ   HARRIS,   MELVIN
HARRIS, & DIANE HARRIS

BY: _____
SANFORD E. KNOTT, MSB #8477

OF COUNSEL:

SANFORD KNOTT & ASSOCIATES, P.A.
POST OFFICE BOX 1208
JACKSON, MISSISSIPPI 39215-1208

# OKTIBBEHA COUNTY SHERIFF'S DEPARTMENT

## STATEMENT OF EVENTS

I, _Carlos Walker_ , DATE OF BIRTH _11-12-75_ , WHO RESIDE
AT _Rt. 2 Box 298 B    West Point,_ ms. TELEPHONE NUMBER: _492-4781_
AM GIVING THIS STATEMENT FREELY AND VOLUNTARILY TO _Shawk Pheeps_
WHO IDENTIFIED HIM/HERSELF AS A LAW ENFORCEMENT OFFICER OF THE OKTIBBEHA COUNTY SHERIFF'S
DEPARTMENT.

Wed 6-13-01 we all met up @ cheezland studio. (Me +
Red road together) (Mike W. + Chaos Road together) (DB, Bull, Mike. T)
this was around 3:30 when I pulled up we went in and
sat around and talked + laughed until Mr Cheeze was ready
which was around 4:00 and we finished that sound
around 4:40 and DB had to make the beat for the next
song so he Chaos Bull Mike.T Red was doing there thing
preparing the next song. Mike W. had already showed back
up and his phone ranged around 4:45 or 4:50 and he walked
out side and came back in and told DB to come out
side and mike came back in he and DB and said they
will be right Back this was around 5:00 I told them
let's finish this song and then go but they still said he'll
be right Back. I looked outside and saw a Champaing colored
compact car (Daewoo) only one person was in the car (black male)
DB + Mike left together in Mike's mother car. They never
made it back. (Mike also recieved another call before the
4:45 call it probaly came in around 4:30 or 4:35 and I believe
it was the same guy that came over to the studio in the champaign
colored car (Daewoo).

B

I HAVE READ THE PRECEDING STATEMENT AND IT IS TRUE AND CORRECT.
SIGNED: _Carlos Walker_ DATE: _6-22-01_ TIME: _5.10_
WITNESS: _Shawk Phe_ DATE: _6-22-01_ TIME: _5:10 p.m._
WITNESS: _____ DATE: _____ TIME: _____

Page 1 of 3

Statement by Johnathon Dickerson,
SS# 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, 1366 Oktoc Rd. 386-3887

This Wednesday just past it was
me, Bull (Shun Powell), Michael Thomas, Carlos
Walker, Lena dat girl, Ond Red I don't
his name, DB was in there (Derrick Brantley)
and Michael White and Mr Cheese
Freddie Garnett, we was all in
cheese land Studio. We was recording
a Song for Bull. Mike came up to
me and said I'm fixing to go to
da Sto this war around 5. He asked
me if I wanted something and I
Said I'm straight. Mike came back
about 10 minutes and he stuck his
head in the do. He motioned for DB
to come outside. DB went outside
and they stayed probibly 5 minutes.
When they came back in DB was
Saying to Mike Hell yea it's all good.
I asked mike what ya'll Fixing to do?

Johnathon Dickerson

Clark Ray

Page 2 of 3

Mike Said We aint fixing to do nothing Bull told Mike D.B. to come Fix the beat. Tell khaos that's me to put the brake down. While I was doing that they left. I Said where did they go Carlos Walker Said they left. He Said they left in mikes car and a champagne, Brown Something like that was Following them. Carlos said what kind of car it was and I knew it was Rondez Harris. Since they left we all left. I called Mike, No it was Bull called Mike on the cell about 20 minutes after they left. He asked where yall at he Said I'll be back but he told him We was gone. I called him back around 6:00 he Said we in Starkville, I told Mike I aint got No key to get in the house he Said I'll be there. I waited For about another hour and got Shun to take me home Lena Came with me. When I got home I Found a note on my front door.

Page 3 of 3

It was from Rondez. It said mike when you see me call me or something like that. It was messed up. I aint heard from DB or Mike since they left. I don't know where they at.

Witness Mike C~ mike Cawth~ 6-20-01

Johnthon Pictures
Clark B~

**STATE OF MISSISSIPPI**
**COUNTY OF OKTIBBEHA**

Personally appeared before me, the undersigned authority in and for said county and state, the within named _Rondeze Harris_ ,

who after first being sworn by me stated on oath that the matters and facts set forth in the foregoing statement are true and correct to the best of his / her knowledge.

X _Rondge Harris_
Signed

Sworn to and subscribed before me, this the _20th_ day of _June_ , 20_01_ .

_Jennifer L Bulloch_
NOTARY PUBLIC

My Commission Expires
June 12, 2004

_____
My commission expires:

Seal

PLACE: _____ Sheriff's O__

DATE: 6-20-01

TIME: 13:15

# *YOUR RIGHTS*

**Before we ask you any questions, you must understand your rights.**

YOU HAVE THE RIGHT TO REMAIN SILENT.

ANYTHING YOU SAY CAN BE USED AGAINST YOU IN COURT.

YOU HAVE THE RIGHT TO TALK TO A LAWYER FOR ADVICE BEFORE WE ASK YOU ANY QUESTIONS AND TO HAVE HIM WITH YOU DURING QUESTIONING.

IF YOU CANNOT AFFORD A LAWYER, ONE WILL BE APPOINTED FOR YOU BEFORE ANY QUESTIONING IF YOU WISH.

IF YOU DECIDE TO ANSWER QUESTIONS NOW WITHOUT A LAWYER PRESENT, YOU WILL STILL HAVE THE RIGHT TO STOP ANSWERING AT ANY TIME. YOU ALSO HAVE THE RIGHT TO STOP ANSWERING AT ANY TIME UNTIL YOU TALK TO A LAWYER.

## WAIVER OF RIGHTS

I have read this statement of my rights and I understand what my rights are. I am willing to make a statement and answer questions. I do not want a lawyer at this time. I understand and know what I am doing. No promises or threats have been made to me and no pressure or coercion of any kind has been used against me.

SIGNED: X Randge Harris

WITNESS: S K Phelps

WITNESS: _____

TIME: _____

# OKTIBBEHA COUNTY SHERIFF'S DEPARTMENT

## STATEMENT OF EVENTS

I, __Rondeze Harris__, DATE OF BIRTH __12-15-81__, WHO RESIDE AT __1469 Albert Rd.__, TELEPHONE NUMBER: __323-7562__ AM GIVING THIS STATEMENT FREELY AND VOLUNTARILY TO __Shane Phelps__ WHO IDENTIFIED HIM/HERSELF AS A LAW ENFORCEMENT OFFICER OF THE OKTIBBEHA COUNTY SHERIFF'S DEPARTMENT.

The last time I saw Michael White was at the Studio off of old west Point Rd. on 6-13-01. I then went to my mother's house waiting on Michael to call me back to go see some girls on MSU Campus but he never called. The last I saw Michael was appox. 5:00 p.m. on 6-13-01 at the studio. I tried to call him back several times but could not get him. I never talk to Michael or seen Michael since that Day. I tried to call Michael all the way to 10:00 p.m. but still could not get him. I've never been to Michael house but he lives on Oktoc Rd.

I HAVE READ THE PRECEDING STATEMENT AND IT IS TRUE AND CORRECT.

SIGNED: X _Rondeze Harris_    DATE: _6/20/01_   TIME: _1:45_

WITNESS: _____ DATE: _6-20-01_   TIME: _1:45 p_

WITNESS: _Jennifer L. Bell_ DATE: _6-20-01_   TIME: _1:45 p_

Case: 1:03-cv-00621-MPM-JAD Doc #: 26-2 Filed: 12/21/04 10 of 10 PageID #: 51

# OKTIBBEHA COUNTY SHERIFF'S DEPARTMENT

## STATEMENT OF EVENTS

I, _Randize Harris_ , **DATE OF BIRTH** _12-15-81_ , **WHO RESIDE**
**AT** _1469 Albert Rd._ , **TELEPHONE NUMBER:** _323-7562_
**AM GIVING THIS STATEMENT FREELY AND VOLUNTARILY TO** _Shank Phelps_
**WHO IDENTIFIED HIM/HERSELF AS A LAW ENFORCEMENT OFFICER OF THE OKTIBBEHA COUNTY SHERIFF'S DEPARTMENT.**

I Know nothing about the murder's of Michael white & Derrick Brantly. I did not do it.

**I HAVE READ THE PRECEDING STATEMENT AND IT IS TRUE AND CORRECT.**

**SIGNED:** Randle Harris **DATE:** 6/28/01 **TIME:** ___

**WITNESS:** S.L. Phelps **DATE:** 6-28-01 **TIME:** ___

**WITNESS:** ___ **DATE:** ___ **TIME:** ___